Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 4 2025

DANIEL J. McCOY CLERK
BY:_____KW_____

| | |
|---|---|
| Alexander, Daija R | ) Case No.   25-cv-1012 |
| | ) |
| | ) _(to be filled in by the Clerk's Office)_ |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) Jury Trial: _(check one)_ ☑Yes ☐No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| | ) |
| Monarch Investment and Management Group LLC, | ) |
| MIMGCXCIX ACADIAN POINT, LLC,  Balsigner, | ) |
| Alexander: Thibodeaux, Latisha | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued.  If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Daija R Alexander |
| Street Address | 120 Clover Leaf Drive |
| City and County | Lafayette |
| State and Zip Code | Louisiana 70508 |
| Telephone Number | 337-303-4999 |
| E-mail Address | raija11@yahoo.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Monarch Investment and Management Group LLC |
| Job or Title *(if known)* | |
| Street Address | 2195 N STATE HIGHWAY 83, STE 14B |
| City and County | Franktown |
| State and Zip Code | Colorado 80116 |
| Telephone Number | (314) 714-4392 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | MIMG CXCIX ACADIAN POINT, LLC |
| Job or Title *(if known)* | |
| Street Address | 221 Verot School Road |
| City and County | Lafayette |
| State and Zip Code | Louisiana 70508 |
| Telephone Number | (337) 455-6004 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Latisha Thibodeaux |
| Job or Title *(if known)* | Regional Manager |
| Street Address | 4335 Clubhouse Drive, |
| City and County | Alexandria |
| State and Zip Code | LA 71303 |
| Telephone Number | (318) 451-0305 |
| E-mail Address *(if known)* | lthibodeaux@monarchinvestment.com |

Defendant No. 4

| | |
|---|---|
| Name | Alex Balsiger |
| Job or Title *(if known)* | Asset Manager |
| Street Address | 2195 N STATE HIGHWAY 83, STE 14B |
| City and County | Franktown |
| State and Zip Code | Colorado 80116 |
| Telephone Number | (314) 714-4392 |
| E-mail Address *(if known)* | abalsiger@monarchinvestment.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | MIMG CXCIX ACADIAN POINT, LLC |
| Street Address | 221 Verot School Road |
| City and County | Lafayette |
| State and Zip Code | Louisiana 70508 |
| Telephone Number | (337) 455-6004 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

☐  Relevant state law *(specify, if known)*:

☐  Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
03/01/2024 & 05/06/2024

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff, Daija Alexander, is a qualified African American woman who was hired by Defendant, Monarch Investment & Management Group, on or about October 26, 2021, as a Leasing Agent, earning $14.00 per hour.

Due to Plaintiff's strong performance and dedication, she was promoted to Assistant Property Manager in or around February 2024, and her hourly rate was increased to $20.50.

Throughout her employment, Plaintiff consistently performed her job duties in a professional and competent manner. She received no formal disciplinary actions or performance warnings.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    04/14/2025    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. Statement of Claim

Section E continued:

Despite her qualifications and performance, Plaintiff was subjected to disparate treatment in the workplace by supervisors including Alex Balsigner, Latisha Thibodeaux, and Joshua Scumbut. Similarly situated employees outside Plaintiff's protected class were treated more favorably, including with regard to opportunities for advancement and discipline.

In or around April 2024, a less qualified white employee, Amanda Patterson, was promoted to a position for which Plaintiff was equally or more qualified. Plaintiff was not given equal opportunity to apply or be considered for this role, despite her recent promotion and performance.

Plaintiff was abruptly terminated on May 6, 2024, without clear justification, notice, or proper investigation. Plaintiff was not informed of any policy violations or performance issues prior to her termination.

Following her termination, Plaintiff made multiple good faith attempts to obtain clarification regarding the decision and to secure documentation related to her employment, including emails and time records. These requests were ignored or denied by Defendant.

Upon information and belief, Plaintiff's termination was motivated, at least in part, by her race, in violation of Title VII of the Civil Rights Act of 1964 and the Louisiana Employment Discrimination Law (LEDL).

Defendant's actions have caused Plaintiff to suffer lost wages and benefits, emotional distress, humiliation, mental anguish, and damage to her professional reputation

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Total Back Pay Damages: $33,200
Plaintiff is entitled to compensatory damages for emotional distress, in an amount to be determined by the court or jury. Based on the severity and duration of the harm, Plaintiff seeks an award of no less than $50,000 in emotional distress damages, subject to adjustment as evidence and testimony are presented.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/14/2025

Signature of Plaintiff   _Deija Alexander_

Printed Name of Plaintiff   _Daija Alexander_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____